```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT CHARLESTON
```

**JEFFREY WARREN,**

       Plaintiff,

v.                              Civil Action No. 2:18-cv-1397

**BRANCH BANKING AND TRUST CO.,
EQUIFAX INFORMATION SERVICES, LLC,
TRANSUNION, LLC, EXPERIAN INFORMATION
SOLUTIONS, INC.,**

       Defendants.

## MEMORANDUM OPINION AND ORDER

Pending is plaintiff's first amended motion to seal portions of the complaint, filed January 7, 2019. Attached to the memorandum in support of plaintiff's motion is a redacted version of the complaint, filed as Exhibit 1.

On November 1, 2018, plaintiff moved to seal, indefinitely, the complaint and the exhibit attached thereto. Specifically, the plaintiff wished to file under seal a previously agreed confidential settlement agreement between plaintiff and Branch Banking & Trust Co. ("BB&T"). In its December 20, 2018 memorandum opinion and order, the court provisionally granted plaintiff's motion and directed plaintiff to file an amended motion to seal and defendants to respond to

1

plaintiff's amended motion to seal upon receiving service of process.

In his amended motion, plaintiff proposes, after conferring with counsel for BB&T, filing a redacted complaint and fully sealing the confidential settlement agreement attached as Exhibit 2 to the plaintiff's original motion to seal. Defendants have yet to appear in the case, as service of process has not been effected upon them.

Accordingly, it is ORDERED that the plaintiff's amended motion be, and hereby is, provisionally granted. It is further ORDERED that the redacted version of the complaint found in Exhibit 1 of the memorandum in support be placed on the public docket. Following the defendants' appearance after having been served, the court will require additional briefing regarding the necessity of continued sealing. The plaintiff is directed to effect service of process forthwith so that the court might fully and finally resolve the matter of continued sealing.

The Clerk is directed to transmit this order to all counsel of record and any unrepresented parties.

DATED: February 20, 2019

John T. Copenhaver, Jr.
Senior United States District Judge